Netstar, LLC
10 Hageman Court
Somers, New York 10536

August 1, 2003

Corstar Business Computing Co., Inc.
50 Saw Mill River Road
Hawthorne, New York 10532

Dear Sir or Madam:

    Pursuant to the provisions of Section 7.01 of the Line of Credit Loan and Security Agreement between Netstar, LLC and Corstar Business Computing Co., Inc., notice is hereby given of Netstar's exercise of its option, effective upon receipt of this notice, to convert the entire outstanding loan balance, which amount is $153,000, to common stock of Corstar in accordance with the terms of Section 7.03.

    Sincerely,

    Netstar, LLC

    By _____
    Steven Sitar, Manager