PROMISSORY NOTE

$290,000.00                                                                                              January 29, 2004

FOR VALUE RECEIVED, the undersigned promises to pay to Corstar Business Computing Co., Inc., in the manner hereinafter specified, the principal sum of Two Hundred Ninety Thousand Dollars ($290,000.00) without interest.

The said principal shall be payable in lawful money of the United States of America at 513 Dartmoor Way SW, Ocean Isle Beach, North Carolina 28469, or at such place as may hereafter be designated by written notice from the holder to the maker hereof, on the date and in the manner following:

Principal payments of Five Thousand Dollars ($5,000.00) to be made on February 1, 2003 and on the first day of each succeeding month until November 1, 2007, when the entire principal balance shall be due.

This note may be prepaid in whole or in part at any time without penalty or premium.

In the event any payment set forth herein shall not be paid within ten (10) days of the date when due, the then remaining principal balance shall become due, at the election of the holder, and interest shall become due in the maximum amount provided by law. In the event of a breach of the terms of this note by the maker, any attorneys fees or other costs of collection, shall be added to the balance due hereunder.

The payment terms set forth above may be accelerated pursuant to the terms of a certain Asset and Business Purchase Agreement between the parties of even date, and the relevant portions of that Agreement are incorporated herein by reference.

Whenever used herein the terms "holder", "maker" and "payee" shall be construed in the singular or plural as the context may require or admit.

Corstar Communications, LLC

_____
Steven Sitar, President