[signature] Communications, LLC
~~Corstar Business Computing Co., Inc.~~
40 Saw Mill River Road
Hawthorne, New York 10532

January 29, 2004

Mr. John F. Sitar
513 Dartmoor Way SW
Ocean Isle Beach, NC 28469

Dear Mr. Sitar:

    This letter will confirm the terms of your agreement to serve as a consultant to Corstar ~~Business Computing Co., Inc.~~ Communications, LLC (the "Company") in accordance with the following terms:

1. <u>Duties</u>    Your duties shall include sales and marketing efforts for the products and services of Corstar, including lead generation, assistance with sales efforts to targeted customers and ongoing customer service. You shall clear all leads with the management of the Company prior to contracting such leads, advise the Company's management from time to time as to your activities and comply with such practices and procedures as the Company may enact from time to time in connection with the marketing and sales of its products and services. The Company agrees to provide you with such technical and other support to assist in the sales effort as the Company shall, in its sole discretion, consider appropriate.

2. <u>Commissions</u>    (a) In the event the Company completes a sale to a customer you have introduced to the Company, or a sale of a new product or service to an existing customer, the Company shall pay you a commission in accordance with the Company's commission schedule then in effect, or as otherwise agreed to by the parties. Any commission shall become due and payable upon receipt of payment by the Company of the amount due from the customer. The Company reserves the right in its sole judgment to modify the terms of any sale to a customer.

    (b) In the event the Company completes an equity or debt financing with a third party introduced to the Company by you, the Company agrees to pay you ~~an amount equal to the greater of (i) five percent (5%) of the amount financed or (ii) the compensation~~ that would have been due pursuant to the terms of any separate agreement ~~then in~~ effect between the Company and any third party to act as a "finder" or consultant in connection with the Company's attempt to secure financing, had such third party provided the services you provided. The compensation referred to ~~herein shall~~ become due upon completion of such financing and shall be payable ~~by bank or certified check or by wire transfer, as agreed to by the parties.~~ [handwritten: you a guaranteed finder's fee of one percent (1%) of the amount financed plus additional compensation to be agreed to by the parties.]

3. <u>Other Compensation</u>   In addition to the commissions due pursuant to Section 2, the Company agrees to pay you an amount sufficient to provide the family health and medical insurance coverage at the level provided when you were an employee of the Company. This obligation shall survive the termination of this agreement and shall continue until the last to die of you and Ruby Sitar.

4. <u>Expenses</u>   In the event you generate revenue for the Company in an amount equal to $ 150,000 in any year during the term of this agreement, the Company shall reimburse you for any reasonable expenses incurred, subject to your submission of vouchers, receipts and other evidence of such expenses in form satisfactory to the Company.

5. <u>Independent Contractor</u>   It is agreed that you are not an employee of the Company, but rather will be providing services to the Company as an independent contractor. You agree that you will not hold yourself out to any prospective new customer, or any third party, as an employee of, or otherwise affiliated with, the Company.

6. <u>Term</u>   This agreement shall continue for a period of five years and shall be automatically renewed for additional one year periods unless terminated by either party by written notice to the other party given not later than sixty (60) days prior to the end of any term of this agreement.

7. <u>Guarantee</u>   In the event the Company sells all of its assets, is merged into another company, or ceases to do business for any reason, the obligations set forth in Section 3 hereof shall be personally guaranteed by Steven Sitar.

   If these terms are acceptable to you, please so indicate by signing in the space provided below and returning a copy of this agreement to me.

                                              Communications,
                                              Corstar ~~Business Computing Co., Inc.~~

                                              By: _____
                                                  Steven Sitar, President


                                              I hereby agree to the terms of the guarantee provided in Section 7 above

                                              _____
                                              Steven Sitar

The above terms are accepted and agreed to
this 29 day of January, 2004

*[signature: John F. Sitar]*
John F. Sitar