UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Corstar Communications, LLC
Plaintiff


            -v-


Corstar Business Computing Co.,
Inc. and John F. Sitar
Defendant
```

Case No. 07 CIV. 4101 WP4

**Rule 7.1 Statement**

*FILED S.D. OF N.Y. 2007 MAY 25 P 12:34 U.S. DISTRICT COURT*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Corstar Communications, LLC  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 5/24/07

Signature of Attorney

**Attorney Bar Code:**

Form Rule7_1.pdf