State of New York - Department of State
Receipt for Service



Receipt #: 200705300200
Date of Service: 05/29/2007
Service Company: 35 SERVICO - 35

Cash #: 200705300187
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: CORSTAR BUSINESS COMPUTING CO., INC.

Plaintiff/Petitioner:
    CORSTAR COMMUNICATIONS, LLC

Service of Process Address:
CORSTAR BUSINESS COMPUTING CO., INC.
513 DARTMOOR WAY
OCEAN ISLE BEACH, NC 28469-5424

                                    Secretary of State
                                    By  AMY LESCH



## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 2007-3023                                                                 Purchased/Filed:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF

Corstar Communications, LLC                                           Plaintiff

against

Corstar Business Computing Co., Inc., et ano                          Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____May 29, 2007_____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and 3rd Amended Instructions for Filing an Electronic Case or Appeal, Complaint

on _____Corstar Business Computing Co., Inc._____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __23__    Approx. Wt: __160__    Approx. Ht: __5'9"__
Color of skin: __White__    Hair color: __Blonde__    Sex: __F__    Other: _____

Sworn to before me on this

__31st__ day of _____May, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704626

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**