**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          SOUTHERN DISTRICT OF NEW YORK          UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX #  07CIV4101    AND FILED ON  MAY 25, 2007
ATTORNEY(S):  Corrigan & Baker, LLC ,   Ralph   Amelio

---

*Corstar Communications, LLC*                                            Plaintiff

*vs*

*Corstar Business Computing Co., Inc.*                                   Defendant

---

STATE OF  NORTH CAROLINA          COUNTY OF  Columbus , SS.:

_Randy Williamson_ being duly sworn deposes and says:

Deponent is not a party herein and is over 18 years of age. On _5/31/2007_ at _3 15 p_ M.,
at _513 Dartmoor Rd May, Ocean Isle Beach, NC_ deponent served the within

Summons in a Civil Case 3rd Amended Instructions for Filing and Electronic Case or Appeal and Complaint

---

on: _____ John F. Sitar _____ , _____ Defendant _____ therein named.

**INDIVIDUAL A** [✓]   By personally delivering to and leaving with said _John F Sitar_
a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said

**CORPORATION B** [ ]   By delivering to and leaving with _____ at _____
and that deponent knew the person so served to be the _____ of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:*

**SUITABLE AGE PERSON C** [ ]   By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion
at _____ the said premises being the defendants/respondents
[ ] dwelling place (usual place of abode)      [ ] actual place of business within the State of

**AFFIXING TO DOOR D** [ ]   By affixing a true copy thereof to the door of said premises, the same being the defendant's      [ ] dwelling house (usual place of
abode)      [ ] actual place of business within the State of

**MAILING TO RESIDENCE (use with C or D) E1** [ ]   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed
to defendant at defendant's residence at _____
and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within
the State of _____ on _____

**MAILING TO BUSINESS (use with C or D) E2** [ ]   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed
to defendant at defendant's actual place of business at _____ in an official depository
under the exclusive care and custody of the United States Post Office within the State of _____. The envelope
bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the
communication was from an attorney or concerned an action against the defendant and mailed on _____

**PREVIOUS ATTEMPTS (use with D) F** [ ]   Deponent had previously attempted to serve the above named defendant/ respondent
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Day (Saturday) _____ Date _____ Time _____
Deponent spoke with _____ who stated to deponent that the said defendant(s)
lived at the aforementioned address, but did not know defendant's place of employment.

**G** [ ]   DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)**   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age _78_    Approximate weight _150_    Approximate height _5-11_    Sex _M_
Color of skin _White_    Color of hair _Gray_    Other _Right Eye Red_

**MILITARY SERVICE**   Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States
Government and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person
mentioned and described in said legal papers as defendant/respondent therein.

**NON-SERVICE H** [ ]   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due
to the following: [ ] Unknown at address   [ ] Address does not exist   [ ] Evading   [ ] Moved left no forwarding   [ ] Other

**WIT. FEES**   $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me this ___ day of _May 2007_

_Mary ... Williamson_                                   _Randy Williamson_
_Commission Expires_   _6-1-10_                          Please Print Name Below Signature
                                                        _Randy Williamson_

MARY L. WILLIAMSON  NOTARY PUBLIC  COLUMBUS COUNTY, N.C.

Invoice/Work Order # SP0704689