Craig M. Bonnist (CB 3245)
**Bonnist & Cutro, LLP**
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820
Attorneys for Defendants

# ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CORSTAR COMMUNICATIONS, LLC,

                      Plaintiff,        Docket No. 07 CV 4101 (WP4) (MDF)

                                                 **STIPULATION**

      -against-

CORSTAR BUSINESS COMPUTING CO., INC.
and JOHN F. SITAR,

                      Defendants.
-----------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that Defendants acknowledge proper service of the summons and complaint in this action; and

        IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that the time for Defendants to answer, move or otherwise respond to the complaint is extended to and includes July 13, 2007.

Dated: Rye, New York
         June 12, 2007

CORRIGAN & BAKER, LLC                      BONNIST & CUTRO, LLP

By: _____                      By: _____
Gregg S. Baker (GB 5139)                          Craig M. Bonnist (CB 3245)
1311 Mamaroneck Ave., Ste. 215                 31 Purchase Street, Suite 3-1
White Plains, New York 10605                    Rye, New York 10580
Telephone (914) 458-0190                            Telephone (914) 921-4820

Attorney for Plaintiff                                    Attorneys for Defendants

SO ORDERED:

_____
U.S.M.J. MARK D. FOX
United States Magistrate Judge
Southern District of New York

                                                    Dated: June 15, 2007