Craig M. Bonnist (CB 3245)
**Bonnist & Cutro, LLP**
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CORSTAR COMMUNICATIONS, LLC,

                       Plaintiff,        Case No.: 07 CV 4101 (WP4) (MDF)

                                                    **RULE 7.1 STATEMENT**

     -against-

CORSTAR BUSINESS COMPUTING CO., INC.
and JOHN F. SITAR,

                     Defendants.
------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Corstar Business Computing Co., Inc. and John F. Sitar (a private non-governmental) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

DATE: _____6/27/07_____

                                                              Craig M. Bonnist

                                                       Signature of Attorney

                                                     Attorney Bar Code: CB3245

-2-

TO:
Gregg S. Baker, Esq.
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605