Craig M. Bonnist (CB 3245)
**Bonnist & Cutro, LLP**
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CORSTAR COMMUNICATIONS, LLC,

                  Plaintiff,        Case No.: 07 CV 4101 (WP4) (MDF)

**AFFIDAVIT OF SERVICE**

    -against-

CORSTAR BUSINESS COMPUTING CO., INC.
and JOHN F. SITAR,

                  Defendants.
------------------------------------------------------------------X

Alicia M. Leonard, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside in the County of Orange, New York.

On June 27, 2007, I served a true copy of an Answer and Rule 7.1 Statement upon :

Gregg S. Baker, Esq.
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605

by depositing a true copy thereof enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of United Postal Service within New York State.

                                                  Alicia M. Leonard

Sworn to before me this 27th
day June of 2007.

_____
Notary Public
       DOUGLAS S. TROKIE
   Notary Public, State of New York
        No. 02TR4809418
   Qualified in Westchester County
  Commission Expires Jan. 31, 2011