**United States District Court**

Southern District of New York

Office of the Clerk

U.S. Courthouse

300 Quarropas Street, White Plains, N.Y. 10601



-----------------------------------X

Corstar Communications, LLC

                     Plaintiffs,              NOTICE OF ASSIGNMENT

              -V-                  07-cv-4101 (KMK)(MDF)

Corstar Business Computing Co., Inc.
Et al

                     Defendants.

-----------------------------------X

       Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

                  HON. Kenneth M. Karas

       All future documents submitted in this action shall bear the assigned judge's initials after the case number.  If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

       The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

                         J. Michael McMahon, CLERK

                   by: _____

                            Deputy Clerk

DATE: 8/6/07

DESIGNATED TO MAGISTRATE JUDGE: Mark D. Fox

CC: Attorneys of Record

WP ASSIGNMENT FORM

