BONNIST & CUTRO, LLP
800 Westchester Avenue, Suite S-332
Rye Brook, New York 10573
Tel: (914) 921-4820
*Attorneys for Defendants,*
*Corstar Business Computing Co., Inc.*
*and John F. Sitar*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CORSTAR COMMUNICATIONS, LLC,

        Plaintiff,                        Case No.: 07 CV 4101 (WP4) (MDF)

   -against-                          NOTICE OF CHANGE OF ADDRESS

CORSTAR BUSINESS COMPUTING CO., INC
and JOHN F. SITAR,

        Defendants.
-------------------------------------------------------X

       Effective September 10, 2007, the following is the new address for counsel for Defendants:

       Bonnist & Cutro, LLP
       800 Westchester Avenue
       Suite S-332
       Rye Brook, New York 10573

Dated: Rye Brook, New York
       September 10, 2007

                                                       BONNIST & CUTRO, LLP

                                                       By: _____
                                                       Craig M. Bonnist, Esq. (CB 3245)
                                                       800 Westchester Avenue, Ste. S-332
                                                       Rye Brook, New York 10573
                                                       (914) 921-4820
                                                       *Attorneys for Defendants*

TO:
Gregg S. Baker, Esq.
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605

BONNIST & CUTRO, LLP
800 Westchester Avenue, Suite S-332
Rye Brook, New York 10573
Tel: (914) 921-4820
*Attorneys for Defendants,*
*Corstar Business Computing Co., Inc.*
*and John F. Sitar*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CORSTAR COMMUNICATIONS, LLC,

              Plaintiff,                     Case No.: 07 CV 4101 (WP4) (MDF)

      -against-                     AFFIDAVIT OF SERVICE

CORSTAR BUSINESS COMPUTING CO., INC
and JOHN F. SITAR,

              Defendants.
-------------------------------------------------------X

      Lesly G. Solomon, being duly sworn, deposes and says:

      I am not a party to the within action, am over 18 years of age and reside in the County of Westchester, New York.

      On September 11, 2007, I served a true copy of a Notice of Change of Address upon:

              Gregg S. Baker, Esq.
              Corrigan & Baker, LLC
              1311 Mamaroneck Avenue, Suite 215
              White Plains, New York 10605

by depositing a true copy thereof enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                  _____
                                                  Lesly G. Solomon

Sworn to before me this 11th
day of September, 2007.

_____

                                           CRAIG M. BONNIST
                                   Notary Public, State of New York
                                       No. 02BO4996694
                                  Qualified in Westchester County
                                Commission Expires May 18, 20_10_