```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Corstar Communications, LLC,

                            Plaintiff(s),

-v-

Corstar Business Computing Co., Inc.,

                            Defendant(s).

07 cv. 4101 (KMK)(MDF)

REFERRAL ORDER

KENNETH M. KARAS, District Judge:

    The above entitled action is referred to Magistrate Mark D. Fox for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
All such motions: _____

___   Inquest After Default/Damages Hearing

---

\* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:   September 28, 2007
         White Plains, New York

                                          Kenneth M. Karas
                                          United States District Judge