# B&C
## BONNIST & CUTRO, LLP

ATTORNEYS AT LAW

800 Westchester Avenue • Suite S-332 • Rye Brook, New York 10573 • Telephone 914-921-4820 • Facsimile 914-921-4823

November 20, 2007

Magistrate Judge Mark D. Fox
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:     Corstar Communications, LLC v. Corstar Business Computing Co., Inc. and John F. Sitar Docket No.: 07 Civ 4101 (WP4) (MDF)

Dear Judge Fox:

This letter is in response to counsel's letter of November 13, wherein he raises certain issues with respect to Defendants' production of John Sitar's tax returns. As you will recall, we submitted both redacted tax returns and unredacted tax returns to the Court and forwarded only the redacted tax returns to counsel. Our intention was to redact everything but earned income, as that was what we understood said directive to be. With respect to the issue of failure to remit state returns, it is my understanding that state returns mirror the federal returns and are duplicative with respect to income and deductions. In any event, with respect to the issues raised in Plaintiff's letter, we will forward to counsel, on or before November 30, revised redacted versions of the tax returns, state returns and schedules. Secondly, with respect to certain returns not being signed, my client has remitted the versions of the documents that he has in his possession (copies of the filed originals) and simply does not have signed copies.

BONNIST & CUTRO, LLP

Thank you for your assistance.

Very truly yours,

Craig M. Bonnist

CMB/lgs
cc:
Gregg Baker, Esq.
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605