# B&C
## BONNIST & CUTRO, LLP

ATTORNEYS AT LAW

800 Westchester Avenue • Suite S-332 • Rye Brook, New York 10573 • Telephone 914-921-4820 • Facsimile 914-921-4823

November 29, 2007

VIA ELECTRONIC FILING
and REGULAR MAIL

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Corstar Communications, LLC v. Corstar Business Computing Co., Inc. and John F. Sitar
      Docket No.: 07 Civ 4101

Dear Judge Karas:

As you know, this firm represents defendants in connection with the above-referenced matter. Pursuant to your request, we are required to forward this letter to the Court expressing our position with respect to the proposed amended pleadings forwarded by plaintiff's counsel. Please accept this letter as responsive to your request.

The proposed amended complaint essentially adds Steven and Kristen Sitar as individual plaintiffs and goes on to make two changes. First, plaintiff remedies its original omission in failing to allege at the time of the alleged execution of the letter of credit agreement, that Corstar Communications, LLC was known as Netstar Technologies, LLC. Second, plaintiff adds claims in the alternative on the letter of credit agreement, essentially arguing that if the advances were not made pursuant to the loan agreement, then they were made pursuant to a personal loan and, accordingly, repayment is due on the personal loan. Alternatively, plaintiff adds a claim that if no personal loan was made, then defendants were unjustly enriched by the advances made by plaintiffs. While it is defendants' position that the proposed amended claims will be subject to dismissal as a matter of law on motion, for which we intend to seek permission to make at the close of discovery, defendants will nevertheless stipulate to permit the amendment without the necessity of motion practice.

As it has been noted, defendant John Sitar is a 78 year old who resides in North Carolina. He intends to be in the New York area during the week of December 10 and, accordingly, we respectfully request that defendants have until Friday, December 14 to provide its amended answer and counterclaims. Further, I note that there is currently a discovery deadline of January 31which will necessarily need to be extended as a result of the amended pleadings.

BONNIST & CUTRO, LLP

Thank you for your assistance.

Very truly yours,

Craig M. Bonnist

CMB/lgs

cc:
Gregory M. Baker, Esq.
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605