**WHEREFORE,** Defendants, Corstar Business Computing Co., Inc. and John F. Sitar, respectfully request that the Complaint be dismissed in its entirety and that Defendants be awarded judgment on each of their Counterclaims as follows:

1. On the First Counterclaim for the amount of $95,000, plus attorneys' fees, interest at the maximum rate and costs;

2. On the Second Counterclaim for an amount to be determined at trial;

3. On the Third Counterclaim for the principal amount of $173,000;

4. On the Fourth Counterclaim for an amount to be determined at trial; and

5. On all Counterclaims an award for costs and interest and such further relief as this Court deems just and appropriate.

Dated: December 7, 2007
      Rye Brook, New York

                                      Bonnist & Cutro, LLP

                                      By: Craig M. Bonnist (CB3245)
                                      800 Westchester Avenue, Ste. S-332
                                      Rye Brook, New York 10573
                                      (914) 921-4820
                                      *Attorneys for Defendants*

TO:
Gregg S. Baker, Esq.
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605