BONNIST & CUTRO, LLP
800 Westchester Avenue, Suite S-332
Rye Brook, New York 10573
Tel: (914) 921-4820
*Attorneys for Defendants,*
*Corstar Business Computing Co., Inc.*
*and John F. Sitar*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CORSTAR COMMUNICATIONS, LLC,

       Plaintiff,                                Case No.: 07 CV 4101 (KMK) (MDF)

   -against-                            AFFIDAVIT OF SERVICE

CORSTAR BUSINESS COMPUTING CO., INC
and JOHN F. SITAR,

       Defendants.
-----------------------------------------------------------X

     Lesly G. Solomon, being duly sworn, deposes and says:

     I am not a party to the within action, am over 18 years of age and reside in the County of Westchester, New York.

     On December 7, 2007 I served a true copy of Defendants' Amended Answer with Counterclaims on:

               Gregory M. Baker, Esq.
               Corrigan & Baker, LLC
               1311 Mamaroneck Avenue, Suite 215
               White Plains, New York 10605

by facsimile and by depositing a true copy thereof enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                               _____
                                                               Lesly G. Solomon

Sworn to before me this 7th
day of December, 2007.

_____
Notary Public

                          MICHAEL T. SHILINSKI
                     Notary Public, State of New York
                           No. 01SH6123235
                   Qualified in Westchester County
               Commission Expires Mar. 7, 2009