# CORRIGAN & BAKER, LLC

ATTORNEYS AT LAW

1311 MAMARONECK AVENUE, SUITE 215, WHITE PLAINS, NEW YORK 10605
TEL (914) 468-0190 • FAX (914) 468-0199
WWW.CORRIGANBAKER.COM

DEC 2007

John P. Corrigan*
Gregg S. Baker*
Ralph Amelio*

December 11, 2007

*admitted in NY & CT

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: Corstar Communications, LLC v. Corstar
Business Computing Co., Inc. and John F. Sitar
Index No. 07 Civ. 4101

Dear Judge Karas:

This firm represents Plaintiff in the above-referenced action.

I am writing in response to the December 7, 2007 letter from Defendants' attorney, Craig Bonnist, to the Court, in which Mr. Bonnist states that there does not exist complete diversity of citizenship as between Plaintiff and Defendants and, therefore, the Court lacks subject matter jurisdiction herein. Upon reviewing the underlying facts and applicable law, I concur with Mr. Bonnist's conclusion.

By copy of this letter, I am forwarding to Mr. Bonnist three counterpart stipulations discontinuing the action without prejudice, and ask that he sign and return them to me. Upon receipt, I will send a fully-executed stipulation to the Court Clerk and to Mr. Bonnist.

Very truly yours,

Gregg S. Baker

GSB:km

cc: Craig Bonnist, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

The Clerk is respectfully requested to docket this letter.

So Ordered.

12/29/07