UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: _____
```

CORSTAR COMMUNICATIONS, LLC,

                Plaintiff,

-v-

CORSTAR BUSINESS COMPUTING CO., INC.
AND JOHN F. SITAR,

                Defendants.

Case No. 07-CV-4101 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    By letter dated December 7, 2007, Defendants' counsel advised the Court that there was a lack of complete diversity between the Parties, and, therefore, the Court lacked subject matter jurisdiction over this case. On December 11, 2007, in a letter to the Court, Plaintiff's counsel responded that he concurred with opposing counsel's conclusion that the Court lacked subject matter jurisdiction over this case. Therefore, for reasons discussed on the record at the December 19, 2007 conference before the Court and in counsel's respective letters, the Court hereby DISMISSES Plaintiff's Complaint for lack of subject matter jurisdiction. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:     December 27, 2007
              White Plains, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE