**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X          #_____

CORSTAR COMMUNICATIONS, LLC

                 **Plaintiff,**

  -against-

**CORSTAR BUSINESS COMPUTING, CO.,**
**INC. AND JOHN F. SITAR**

             **Defendants,**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
**CORSTAR COMPUTING, CO., INC.**

           **Counter Claimaint**

  -against-

**CORSTAR COMMUNICATIONS, LLC**

           **Counter Defendant**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**07 Civ. 4101 (KMK)**

**JUDGMENT**

> U.S. DISTRICT COURT
> FILED
> JAN 3 2008
> S. D. OF N.Y.
> W.P.

     Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on December 28, 2007, having handed down an Order (docket # 24) dismissing plaintiff's complaint for lack of subject matter jurisdiction, it is,

     **ORDERED, ADJUDGED AND DECREED:** that this case is hereby dismissed for lack of subject matter jurisdiction and the case is hereby closed.

Dated: White Plains, N.Y.
      January 3, 2008

*J. Michael McMahon*

**Clerk of Court  -  J. Michael McMahon**

ENTERED AS A JUDGMENT ON: _____

I:\JUDGMENT\CORSTAR.101